UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JEROME HOBBS | CASE NO. 1:25-CV-01200 SEC P |
| VERSUS | JUDGE EDWARDS |
| WARDEN ALLEN, ET AL. | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein (R. Doc. 8), and having thoroughly reviewed the record, including the written objections (R. Doc. 9), and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Complaint is **DENIED**, and this civil action is **DISMISSED WITH PREJUDICE** under 28 U.S.C. § 1915A and § 1915(e)(2)(B).

The clerk is directed to send a copy of this Judgment to the keeper of the three strikes list in the United States District Court for the Eastern District of Texas.

**THUS, DONE AND SIGNED** in Chambers this 12th day of December, 2025.

_____
JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE